KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

IN RE:                                              CASE NO: BKS-11-23463-ABL
MARK P LEMEN                                        CHAPTER 13

4300 N. PECOS ROAD                                  NOTICE OF UNCLAIMED FUNDS
UNIT 22
LAS VEGAS, NV  89115

TO:    Clerk, United States Bankruptcy Court

From:  Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

    Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
| --- | --- | --- | --- |
| DEBTOR REFUND | MARK P LEMEN<br>4300 N PECOS ROAD<br>UNIT 22<br>LAS VEGAS NV  89115 | $0.00 | $611.00 |
|  |  | Total: $611.00 |  |

**Kathleen A. Leavitt**

Kathleen A. Leavitt
Chapter 13 Bankrutpcy Trustee

Date: January 09, 2017

CC    MARK P LEMEN
      DELUCA & ASSOCIATES

NOTE:  Claims that are $25.00 or less go into CAS106000.  Claims that are more than $25.00 goes into CAS 613300.  The amounts that are to be deposited into the Registry can be written on one check.